**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARRET SHAUN EIFERMAN,          )<br>                                 )<br>          Petitioner,           )<br>                                 )<br>     v.                          )<br>                                 )<br>GARY SANDOR,                     )<br>                                 )<br>          Respondent.            )<br>_____) | No. CV 09-6060-R(CW)<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF UNITED STATES<br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  The court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objection has been made.  The court accepts the findings and recommendation of the Magistrate Judge.  **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  Sept. 23, 2011

_____
      MANUEL L. REAL
United States District Judge