**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GARRET SHAUN EIFERMAN, | ) | No. CV 09-6060-R(CW) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| GARY SANDOR, | ) ) | |
| Respondent. | ) ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  Sept. 23, 2011

_____
MANUEL L. REAL
United States District Judge